FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 01 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01762-ZLW

QUINN MCKENZIE JEBE,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
ARISTEDES ZAVARAS, Executive Director,

    Defendants.

---

### ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff, Quinn McKenzie Jebe, filed *pro se* on September 19, 2008, a motion titled "Motion for Relief From Judgement [sic] or Order Pursuant to Rule 60, Federal Rules of Civil Procedure" asking the Court to reconsider and vacate the Order of Dismissal and Judgment filed in this action on August 29, 2008. The Court must construe the motion to reconsider liberally because Mr. Jebe is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243.

Mr. Jebe's motion to reconsider, which was filed more than ten days after the Order of Dismissal and Judgment, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the complaint and the instant action pursuant to 28 U.S.C. § 1915(e)(2)(B) as legally frivolous. The reasons for the dismissal are explained in detail in the Order of Dismissal filed on August 29, 2008. Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Jebe fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Motion for Relief From Judgement [sic] or Order Pursuant to Rule 60, Federal Rules of Civil Procedure" that Plaintiff, Quinn McKenzie Jebe, filed *pro se* on September 19, 2008, is denied.

DATED at Denver, Colorado, this __1__ day of ____Oct.____, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01762-BNB

Quinn McKenzie Jebe
Prisoner No. 132709
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10\1\08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk